IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:08-0493 |
| ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| ) | JURY DEMAND |
| ) | |
| ) | |
| METROPOLITAN GENERAL ) | |
| HOSPITAL AUTHORITY, LEE ) | |
| MILLER, WARDEN, NORTHEAST ) | |
| CORRECTIONAL CENTER ("NECX"), ) | |
| JERRY HAYES, HEALTH ) | |
| ADMINISTRATOR ("NECX"), ) | |
| DOCTOR LEE ("NECX") Physician), ) | |
| FIRST MEDICAL MANAGEMENT, ) | |
| INC., DR. BURNS and MICHAEL ) | |
| BUCHOLZ, M.D., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court upon a "Motion for Judgment on the Pleadings" filed by Defendant Metropolitan Hospital Authority (Docket No. 42), and a "Motion to Dismiss" filed by Defendants Dr. Williams and Dr. Lee (Docket No. 47). These two Motions were filed in response to Plaintiff's pro se Complaint.

After the filing of these Motions, the Court appointed counsel to represent Plaintiff (Docket No. 54), and Plaintiff's counsel subsequently filed an Amended Complaint (Docket No. 70).

For the foregoing reasons, the instant Motion for Judgment on the Pleadings (Docket No. 42) and the instant Motion to Dismiss (Docket No. 47) should be DENIED AS MOOT.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge