# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY PATTERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:08-0493 |
| ) | Judge Trauger |
| METROPOLITAN HOSPITAL AUTHORITY, ) | Magistrate Judge Knowles |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

On August 7, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 90), to which no timely objections have been filed. It is therefore **ORDERED** that the Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Judgment on the Pleadings filed by defendant Metropolitan Hospital Authority (Docket No. 42) and the Motion to Dismiss filed by defendants Williams and Lee (Docket No. 47) are **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 25th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge