IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JEFFREY PATTERSON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 3:08-CV-00493 |
| v. ) | Judge Trauger |
| ) | |
| **METRO GENERAL HOSPITAL AUTHORITY,**) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's objections to Judge Knowles's Report & Recommendation (Docket No. 114) are **OVERRULED**, and defendant Miller's Motion to Dismiss (Docket No. 71) is **GRANTED** and he is **DISMISSED** from this case.  Additionally, as no objections were filed to Judge Knowles' Report & Recommendation (Docket No. 115) regarding defendant Metropolitan General Hospital Authority's (MHA's) Renewed Motion for Judgment on the Pleadings (Docket No. 74), that R&R is **ACCEPTED** and made the findings of fact and conclusions of law of this court.  Consistent with this, MHA's motion is **GRANTED** and it is **DISMISSED** from this case. MHA's other pending motions (Docket Nos. 102 and 120) are **DENIED AS MOOT**.

Entered this 1st day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge