IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY PATTERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0493 |
| | ) | Judge Trauger |
| METROPOLITAN HOSPITAL AUTHORITY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## PARTIAL JUDGMENT

The Motion of Defendant Metropolitan Hospital Authority For Entry of Partial Final Judgment (Docket No. 131) is **GRANTED**. Final judgment in favor of defendant Metropolitan Hospital Authority is hereby **ENTERED**, there being no just reason for delay. Rule 54(b), Fed. R. Civ. P.

ENTER this 8th day of February 2010.

_____
ALETA A. TRAUGER
U.S. District Judge