IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY PATTERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0493 |
| | ) | Judge Trauger |
| METROPOLITAN HOSPITAL AUTHORITY, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

It is hereby **ORDERED** that the trial scheduled for May 18, 2010 and the pretrial conference scheduled for May 14, 2010 are **CONTINUED**, to be reset, if appropriate, by later order of the court.

ENTER this 23rd day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge