IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY PATTERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0493 |
| | ) | Judge Trauger |
| METROPOLITAN HOSPITAL AUTHORITY, | ) | Magistrate Judge Knowles |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

On June 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 141), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to all defendants.

ENTER this 24th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge